UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 14-1215
1:13-cv-01565LMB-JFA

MARK D. GATANAS, Managing Partner of the Gatanas-Clericuzio Family Limited Partnership; IMPOWERMENT, LLC; MARK J. GATANAS, individually and as the parent of T.M.G.; CARLA M. HORN, Individually and as the Parent of K.J.H., M.A.H., A.M.H., and C.A.H.; JAMES XANTHOS; THEODORA XANTHOS; ALAN D. FENTY

Plaintiffs - Appellants

v.

WELLS FARGO BANK, N.A.; LIGHTYEAR ACQUISITION COMPANY, LLC; ARTHUR D. HURTADO

Defendants – Appellees

## Motion to Extend Briefing Schedule by Thirty (30) Days

Plaintiff/Appellants Mark D. Gatanas, et al, by counsel, hereby move for an Extension of Time of thirty (30) days to file its Appellant's brief and appendix, with a corresponding extension of other briefing due dates set forth in the Court's Briefing Order. This Motion should be granted for the following reasons:

1. Under this Court's present Briefing Order, Plaintiff/Appellant's Brief and the Appendix are due May 5, 2014.

2. There is presently scheduled a mediation as to all parties for May 21, 2014 before retired federal Magistrate Judge Barry Poretz. The scheduled mediation does not directly involve this matter (due to varying insurance coverage), but a resolution of the mediated disputes on May 21, 2014 will almost

certainly result in resolution of this appeal.

      3.  Separately, counsel for the Appellants is occupied in a complex arbitration matter and needs and respectfully requests an extension of time to prepare Appellants' Brief.

      4.  Plaintiff/Appellant respectfully requests an extension of time of Thirty (30) days to May 5, 2014 to file and serve Appellants' Brief and Appendix.

      5.  Plaintiff-Appellant further respectfully requests that the Scheduling Order be amended to provide for a similar extension of time for all other briefing addressed in the Briefing Order.

      6.  Counsel for Defendants/Appellees Arthur Hurtado and Lightyear Acquisition have stated that they do not consent and presumably are opposed to the extension request set forth in this Motion. Counsel for Wells Fargo has stated that he takes no position on this Motion.

                                   Respectfully submitted,

                                     _____/S/_____
                                   Carlos M. Recio (VSB No. 24572)
                                   1016 7th Street, S.E.
                                   Washington, D.C. 20003
                                   Tel:  (202) 293-5690
                                   Fax:  (202) 543-0770
                                   Email:  crecio@reciolaw.com

                                   Counsel for Plaintiffs-Appellants Mark D. Gatanas,
                                   Managing Partner of the Gatanas-Clericuzio Family
                                   Limited Partnership, et al

## Certificate of Service

I hereby certify that this 15th day of April, 2014, a true copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing upon the following counsel of record for the Defendants-Appellees:

Daniel M. Payne, Esq.
Murphy & McGonigle, P.C.
4870 Sadler Road
Glen Allen, VA  23060
dpayne@mmlawus.com
Counsel for Defendant Wells Fargo Bank, NA

William E. Donnelly
Murphy & McGonigle, P.C.
555 13th Street, N.W.
Washington, D.C.  20004
wdonnelly@mmlawus.com
Counsel for Defendant Wells Fargo Bank, NA

W. Michael Holm, Esq.
David A. Warrington, Esq.
Paris R. Sorrell
LeClair Ryan
2318 Mill Road, Ste. 1100
Alexandria, VA  22314
Michael.holm@leclairryan.com
David.warrington@leclairryan.com
Paris.sorrell@leclairryan.com
Counsel for Defendants Arthur D. Hurtado and
Lightyear Acquisition Co., LLC

Stephen M. Faraci, Sr.
LeClair Ryan
951 East Byrd Street
Eighth Floor
Richmond, VA  23219
Stephen.faraci@leclairryan.com
Counsel for Defendants Arthur D. Hurtado and
Lightyear Acquisition Co., LLC

/S/
Carlos M. Recio (VSB No. 24572)
1016 7th Street, S.E.
Washington, D.C. 20003
Tel: (202) 293-5690
Fax: (202) 543-0770
Email: crecio@reciolaw.com

Counsel for Plaintiffs-Appellants Mark D. Gatanas, Managing Partner of the Gatanas-Clericuzio Family Limited Partnership, et al